```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10                             WESTERN DIVISION
11  GEORGE LEE WASHINGTON,           ) Case No. CV 15-7401-VAP(AJW)
                                     )
12           Petitioner,             )
                                     )
13       v.                          )
                                     )  JUDGMENT
14  PEOPLE OF THE STATE OF CALIFORNIA,)
                                     )
15           Respondent.             )
    _____)
16
17       It is hereby adjudged that this action is **dismissed without**
18  **prejudice.**
19
20  Date: December 15, 2015
21
22                                      _____
                                        Virginia A. Phillips
23                                      United States District Judge
24
25
26
27
28
```